THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:10cv264

| | |
|---|---|
| MAX BAILEY; MARGARET DALTON; CASEY JOE HUNTLEY, as personal representative of the Estate of CARLTON BILL HUNTLEY, deceased; K.C., by his mother and next friend, Margaret Dalton; A.D., by her grandmother and next friend, Margaret Dalton; and STEVE MARLOWE, <br><br>   Plaintiffs, <br><br> vs. <br><br> POLK COUNTY, NORTH CAROLINA; POLK COUNTY SHERIFF'S DEPARTMENT; MATT PRINCE; TRENT CARSWELL; CHRIS ABRIL; CHARLES GRADY SHEHAN; UNKNOWN POLICE OFFICERS; and OTHER UNKNOWN STATE AND FEDERAL LAW ENFORCEMENT AGENCIES, <br><br>   Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## J U D G M E N T

For the reasons stated in the Memorandum of Decision and Order entered contemporaneously herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs' Motion for Reconsideration of Memorandum of Decision and Order Denying Plaintiffs' Motion for Leave to Amend Complaint [Doc. 36] is **DENIED**;

Plaintiff Huntley's claims for false arrest under 42 U.S.C. § 1983 and for false arrest and imprisonment under North Carolina law are **ABATED**; Plaintiff Huntley's remaining state law claims for assault, battery, and intentional infliction of emotional distress are **DISMISSED WITHOUT PREJUDICE**; and Plaintiffs' Motion for Entry of Default against Defendant Charles Grady Shehan [Doc. 39] is **DENIED AS MOOT**, and all claims against Defendant Shehan are hereby **DISMISSED**.

Signed: January 13, 2012

Martin Reidinger
United States District Judge